# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**GLENNIS GREENWAY**                          **PLAINTIFF**

v.                    No. 3:12-cv-326-DPM-HDY

**DAN LANGSTON** *et al.*                       **DEFENDANTS**

## ORDER

Magistrate Judge H. David Young has recommended, *Document No. 5*, that the Court grant Greenway's request for a voluntary dismissal, *Document No. 4*. In the circumstances the Court need not wait for the objection period to run. The Court adopts Judge Young's recommendation. Greenway's complaint is dismissed without prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 Jan. 2013