IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLENNIS GREENWAY                                                        PLAINTIFF

v.                              No. 3:12-cv-326-DPM

DAN LANGSTON *et al.*                                                  DEFENDANTS

## JUDGMENT

Greenway's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 January 2013