IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLENNIS GREENWAY                                 PLAINTIFF

v.                     No. 3:12-cv-326-DPM

DAN LANGSTON *et al.*                           DEFENDANTS

## JUDGMENT

Greenway's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 January 2013