IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLENNIS GREENWAY                                                    PLAINTIFF

v.                       No. 3:12-cv-326-DPM-HDY

DAN LANGSTON *et al.*                                              DEFENDANTS

ORDER

Proposed Findings and Recommended Disposition, *Document No. 14*, adopted in full. FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee notes).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 March 2013