IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GLENNIS GREENWAY**                                          **PLAINTIFF**

v.                    No. 3:12-cv-326-DPM

**DAN LANGSTON** *et al.*                               **DEFENDANTS**

### JUDGMENT

Greenway's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 March 2013